IRELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 12-20029 |
| Plaintiff, ) | |
| vs. ) | 18 USC § 2423(a) |
| ) | 18 USC § 2251(a) |
| ) | 18 USC § 2 |
| CALVIN JAMES REID, ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 12, 2011, in the Western District of Tennessee, and elsewhere, the defendant,

------------------------------------- **CALVIN JAMES REID** -------------------------------------

knowingly transported J.H., an individual who had not attained the age of 18 years, in interstate commerce, between the State of Tennessee and the State of Mississippi, with intent that the individual engage in sexual activity which would constitute a criminal offense, that is, violation of Mississippi criminal statutes, cited as Miss. Code Ann. Section 97-3-95, (Sexual Battery) and Tennessee criminal statute, cited as T.C.A. Section 39-13-506 (Aggravated Statutory Rape); All in violation of Title 18, United States Code, Section 2423(a) and Section 2.

[nlt 10 yrs. or life and nmt $250,000 fine, plus
a period of supervised release for any term of
years nlt 5 or life, together with a mandatory special
assessment of $100, see 18 U.S.C. 3013(a)]

## COUNT 2

On or about December 2, 2011, through on or about December 4, 2011, in the Western District of Tennessee, and elsewhere, the defendant,

---------------------------------- **CALVIN JAMES REID** ----------------------------------

knowingly transported J.H., an individual who had not attained the age of 18 years, in interstate commerce, between the State of Tennessee and the State of Nevada, with intent that the individual engage in sexual activity which would constitute a criminal offense, that is, violation of Nevada criminal statute, cited as N.R.S. Section 200.368 (Statutory Sexual Seduction); and Tennessee criminal statute, cited as T.C.A. Section 39-13-506 (Aggravated Statutory Rape);   All in violation of Title 18, United States Code, Section 2423(a) and Section 2.

[nlt 10 yrs. or life and nmt $250,000 fine, plus
a period of supervised release for any term of
years nlt 5 or life, together with a mandatory special
assessment of $100, see 18 U.S.C. 3013(a)]

## COUNT 3

On or about November 12, 2011, in the Western District of Tennessee, and elsewhere the defendant,

---------------------------------------- **CALVIN JAMES REID** ----------------------------------------

knowingly used, persuaded, induced, enticed, and coerced J.H., a minor female who was then thirteen (13) years of age, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), specifically, the lascivious exhibition of the genitals and pubic area, for the purpose of producing a visual depiction of such conduct; the defendant then knowing and having reason to know that said visual depiction would be transported in and affecting interstate commerce, and said visual depiction being then produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce; all in violation of Title 18; United States Code, Section 2251(a) and Section 2.

[nlt 15 yrs.; nmt 30 yrs.; nmt $250,000; or both, plus a period of supervised release for any term of years nlt 5 or life, together with a mandatory special assessment of $100.00, see 18 U.S.C. 3013(a)]

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**EDWARD L. STANTON, III
UNITED STATES ATTORNEY**


_____
**DATE**