*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
### Before Judge Jon Phipps McCalla, Chief United States District Judge

May 10, 2012

RE:   2:12-cr-20029-JPM
       *USA v.* **Calvin James Reid** *(Fugitive)*

Dear Sir/Madam:

A **FUGITIVE REPORT DATE** before **Chief Judge Jon Phipps McCalla** has been **SET** for **FRIDAY, JUNE 22, 2012** at **10:00 A.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

The Report Date is set to allow the government to update the court regarding the fugitive status of the defendant(s).

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Joseph P. Warren*,
        Case Manager to Chief Judge Jon Phipps McCalla
        901-495-1242
        joseph_warren@tnwd.uscourts.gov