# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.  12-20029-JPM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CALVIN JAMES REID, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT and REQUEST FOR REDACTION

Comes now the United States Attorney for the Western District of Tennessee by and through his duly authorized Assistant, Debra L. Ireland, and files this Notice of Intent to Request Redaction of Transcript as required by Federal Rule of Criminal Procedure 49.1 and Federal Rule of Civil Procedure 5.2 on behalf of the Plaintiff, United States of America, in this cause, and respectfully states unto the Court that she has received and reviewed an un-redacted transcript of the Docket Record Entry Number 12 – Detention Hearing before the Honorable Judge Tu M. Pham on June 13, 2012 (Audio Recording Transcribed by Court Reporter – Mark Dodson) in the above styled case.  Counsel has reviewed said transcript for personal data identifiers, including individual social security and taxpayer identification numbers, financial account numbers, names of minor children, dates of birth, and home addresses.

Counsel for the United States requests the following redactions to the

above-mentioned transcript:

Page 15, Line 2 -- redaction of family surname;

Page 26, Line 13 – redaction of family surname;

Page 28, Line 13 – redaction of family surname;

Page 29, Line 2 – redaction of family surname;

Page 29, Line 9 – redaction of family surname;

Page 29, Line 10 – redaction of family surname;

Page 29, Line 24 – redaction of family surname.

    Respectfully submitted,

    EDWARD L. STANTON, III
    Acting United States Attorney

By:   /s/ Debra L. Ireland
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Debra L. Ireland, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded by electronic means, via the Court's Electronic Filing System, to Edwin Perry, Esq., Attorney for Defendant, 200 Jefferson Avenue, Suite 200, Memphis, Tennessee, 38133.

This  4th  Day of  September , 2012.

 /s/   Debra L. Ireland
Assistant United States Attorney